JENNIFER S. BALDOCCHI (SB# 168945)
jenniferbaldocchi@paulhastings.com
CAITLIN H. FALK (SB# 324197)
caitlinfalk@paulhastings.com
SHERA Y. KWAK (SB# 329168)
sherakwak@paulhastings.com
PAUL HASTINGS LLP
515 S. Flower Street, 25th Floor
Los Angeles, CA  90071
Telephone:  213.683.6000

Attorneys for Defendant
THE WALT DISNEY COMPANY

Vicki Kuftic Horne, Esq. (PA 36578)
vkhorne@hornedaller.com
Nicole Daller, Esq. (PA 312224)
HORNE DALLER LLC
1380 Old Freeport Road, Suite 3A
Pittsburgh, PA 15238
Phone: (412) 967-9400
*PRO HAC VICE*

Chaka Okadigbo, Esq. (CA 224547)
cokadigbo@hkm.com
HKM Employment Attorneys LLP
700 South Flower Street, Suite 1067
Los Angeles, CA 90017
Phone: (213) 431-6209

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANAN GUINN,<br><br>            Plaintiff,<br><br>      v.<br><br>THE WALT DISNEY COMPANY,<br><br>            Defendant. | CASE NO. 2:22-CV-07770-KK (PVCx)<br><br>**NOTICE OF SETTLEMENT**<br><br>Ctrm:        3<br>Judge:       Hon. Kenly Kiya Kato |

PLEASE TAKE NOTICE that Plaintiff Shanan Guinn and Defendant The Walt Disney Company have reached a confidential settlement of this matter.  The parties are in the process of the signing of a long form settlement agreement. Accordingly, the parties hereby stipulate and request that the Court vacate all pre-trial dates and the trial date set in this matter, including the hearing date and all dates relating to Defendant's motion for summary judgment scheduled for hearing on February 15, 2024, to allow the parties to finalize resolution and file a stipulation of dismissal. Plaintiff's counsel requests that the Honorable Kenly Kiya Kato and the U.S. District Court for the Central District of California will retain jurisdiction for purposes of interpreting and enforcing the Settlement Agreement.

IT IS SO STIPULATED.

Date: February 6, 2024

Respectfully submitted,

| /s/ Vicki Kuftic Horne | /s/ Jennifer S. Baldocchi |
|---|---|
| Vicki Kuftic Horne, Esq. (PA 36578) | Jennifer S. Baldocchi, Esq. (CA 168945) |
| Nicole Daller, Esq. (PA 312224) | PAUL HASTINGS LLP |
| HORNE DALLER LLC | 515 S. Flower Street, 25th Floor |
| 1380 Old Freeport Road, Suite 3A | Los Angeles, CA 90071-2228 |
| Pittsburgh, PA 15238 | Phone: (213) 683-6000 |
| Phone: (412) 967-9400 | Fax: (213) 627-0705 |
| Fax: (412) 967-0465 | jenniferbaldocchi@paulhastings.com |
| vkhorne@hornedaller.com | |
| ndaller@hornedaller.com | *Attorneys for Defendant* |

Chaka Okadigbo, Esq. (CA 224547)
HKM Employment Attorneys LLP
700 South Flower Street, Suite 1067
Los Angeles, CA 90017
Phone: (213) 431-6209
Fax: (213) 431-6209
cokadigbo@hkm.com

*Attorneys for Plaintiff*