# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| Shanan Guinn,<br><br>                   Plaintiff,<br><br>     v.<br><br>The Walt Disney Company,<br><br>                   Defendant. | Case No. **2:22-cv-07770-KK (PVCx)**<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

## ORDER

AND NOW, to wit this <u>11th</u> day of <u>  April           </u>, 2024, upon consideration of the **JOINT STIPULATION OF DISMISSAL,** it is hereby ORDERED, ADJUDGED, and DECREED that said Stipulation is GRANTED.

BY THE COURT:

*/s/ Kenly Kiya Kato*

_____
HON. Kenly Kiya Kato
United States District Judge

LEGAL_US_W # 119514674.1